AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| United States of America | ) |
|---|---|
| v. | ) |
| Phillip Stanford | ) Case No.  1:16CR 99 |
|  | ) |
|  | ) |
|  | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Phillip Stanford ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

possess with intent to distribute methamphetamine, a schedule II controlled substance, 21 USC 841(a)(1); having been previsously convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess a firearm in and affecting commerce, 18 USC 922(g)(1).

Date: 8/3/16

_____
*Issuing officer's signature*

City and state: Asheville, NC

**FRANK G. JOHNS, CLERK**
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

FILED
ASHEVILLE, N.C.

AUG 02 2016

U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 1:16 CR 99 |
| ) | |
| ) | **BILL OF INDICTMENT** |
| v. ) | |
| ) | Violations: |
| ) | 21 USC § 841(a)(1) |
| PHILLIP STANFORD ) | 18 USC § 922(g)(1) |
| ) | |
| _____ ) | |

## THE GRAND JURY CHARGES:

### COUNT ONE

On or about February 19, 2016, in Henderson County, within the Western District of North Carolina,

### PHILLIP STANFORD

did knowingly and intentionally possess with intent to distribute a quantity of methamphetamine, a Schedule II controlled substance.

1. Said offense involved at least 50 grams of a mixture and substance containing a detectable amount of methamphetamine.

In violation of Title 21, United States Code, Section 841(a)(1).

### COUNT TWO

On or about February 19, 2016, in Henderson County, within the Western District of North Carolina,

### PHILLIP STANFORD

having been previously convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess a firearm, that is, a Winchester, Model 67A, .22 caliber bolt action rifle, in and affecting commerce.

In violation of Title 18, United States Code, Section 922(g)(1).